FRANK PHELPS, Appellant, *v.* JOEL B. ERHARDT, as Receiver, etc., Respondent.

(Argued October 21, 1889; decided October 29, 1889.)

MOTION to dismiss appeal from a judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made at the May Term, 1889, which

affirmed, so far as appealed from, a judgment in favor of defendant, entered on a decision of the court on trial at Special Term.

*Sherman Evarts* for motion.

*Thomas E. Rochfort* and *Edward B. Whitney* opposed.

Agree to grant motion; no opinion.
All concur.
Appeal dismissed.